# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNATHAN LEE WELLER,** | : | Civil No. 1:19-CV-884 |
| **Plaintiff** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **ANDREW SAUL,** **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

## ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that judgment is entered in favor of the Plaintiff and the Commissioner's decision denying the Plaintiff's application for disability benefits is REMANDED to the Commissioner for further development of the medical record and the clerk is directed to CLOSE this case.

So ordered this 21st day of May 2020.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge